An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMION BANKS,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
    and
ISIDRO BACA, WARDEN,
Real Party in Interest.

No. 68578

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner challenges the validity of his judgment of conviction and sentence. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district

SUPREME COURT
OF
NEVADA

(O) 1947A

15 - 27410

court in the first instance.[1]   NRS 34.724(2)(b); NRS 34.738(1).
Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Damion Banks
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.